FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHELLE W.,[1]<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:25-cv-00044-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF Nos. 16, 17** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Zachary Berkoff-Cane represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

1  Commissioner of Social Security for further administrative proceeding pursuant to
2  sentence four of 42 U.S.C. § 405(g).

3      The parties have stipulated to the following instructions. On remand, the
4  Appeals Council shall instruct the ALJ to "consider Plaintiff's good cause
5  explanation that her physical impairments impacted her ability to appear at the
6  hearing; to take any further action needed to complete the administrative record;
7  and issue a new decision." ECF No. 17 at 2.

8      3.    Judgment shall be entered for **PLAINTIFF**.

9      4.    Plaintiff's Opening Brief, **ECF No. 16**, is **STRICKEN AS MOOT**.

10     5.    Upon proper presentation, the Court will consider Plaintiff's
11 application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C.
12 § 2412(d).

13     The District Court Executive is directed to enter this Order, **enter Judgment**
14 **in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

15     DATED July 15, 2025.

16

17                   *s/Robert H. Whaley*
                    ROBERT H. WHALEY
            Senior United States District Judge

18

19

20

ORDER - 2